H. KOEHLER & Co., Appellant, *v.* JAMES W. BRADY, Respondent; PETER DOELGER, Intervening, Respondent. (Actions 1 and 2.)

*Koehler & Co.* v. *Brady*, 87 App. Div. 326, affirmed; *Koehler & Co.* v. *Brady*, 78 App. Div. 644, 82 App. Div. 279, appeals dismissed.
(Argued January 17, 1905; decided February 28, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 29, 1903, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term; also appeal from an order of said Appellate Division made January 23, 1903, denying a motion to dismiss the appeal of the defendant Brady from the said judgment of the Special Term to the Appellate Division; also appeal from an order of the said Appellate Division made April 17, 1903, granting a motion of Peter Doelger to be made a party herein and permitting him to prosecute an appeal from the judgment of the Special Term herein.

*Emanuel J. Myers* for appellant.

*Louis Marshall, Moses Weinman* and *Abraham Benedict* for respondents.

Judgment affirmed, with costs; appeals from orders dismissed, without costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.